| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | J. DOUGLAS WILSON (DCBN 412811)<br>Chief, Criminal Division |
| 4 | AMBER S. ROSEN (CABN 160380)<br>Assistant United States Attorney |
| 5 | 150 Almaden Boulevard, Suite 900<br>San Jose, CA 95113 |
| 6 | Telephone: (408) 535-5061<br>Fax:  (408) 535-5066 |
| 7 | E-Mail: amber.rosen@usdoj.gov |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 13-00125 FNL | |
| Plaintiff, | ) | STIPULATION AND []<br>ORDER TO CONTINUE STATUS<br>HEARING | |
| v. | ) | | |
| SHANNON BREWER, | ) | Date: July 1, 2013<br>Time: 1:30 p.m. | |
| Defendant. | ) | | |

It is hereby stipulated between the parties, Amber Rosen, attorney for the United States, and Benjamin Williams, attorney for Shannon Brewer, that the presently scheduled status hearing of July 1, 2013, be rescheduled to Thursday, August 1, 2013, at 9:00 a.m. before the Honorable D. Lowy el Jensen.

On June 25, 2013, the parties appeared before Magistrate Judge Grewal. At that appearance, Benjamin Williams substituted in as Ms. Brewer's new attorney. Mr. Williams received the case file from the Federal Public Defender's Office at that appearance. To allow Ms. Brewer's new attorney time to familiarize himself with the case, the parties request that the currently scheduled status hearing be delayed until August 1, 2013.

STIPULATION TO CONTINUE STATUS HEARING
CR 13-00125 FNL

1  The parties agree that the time between July 1, 2013 and Cwi wuv'3, 2013 is properly excluded
2  from the Speedy Trial clock, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), and that
3  the four-week continuance serves the interests of justice by allowing defense counsel reasonable
4  time to effectively prepare the case, taking into account the exercise of due diligence, to enable a
5  more meaningful status conference.

6  DATED: June 26, 2013                Respectfully submitted,

7                                       MELINDA HAAG
                                        United States Attorney
8

9                                       _____/s/_____
                                        AMBER S. ROSEN
10                                      Assistant United States Attorney

11

12
   DATED: June 26, 2013                _____/s/_____
13                                      BENJAMIN WILLIAMS
                                        Attorney for Shannon Brewer
14

15                           ORDER

16  For the foregoing reasons, the Court continues the next status conference in this case from
17  July 1, 2013, to Cwi wuv'3. 2013, at ; ‑22'c.m.  For the reasons stated above, the Court further finds
18  that the ends of justice served by granting the requested continuance outweigh the best interests
19  of the public and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(7)(A) and
20  (h)(7)(B)(iv).  Accordingly, time shall be excluded from July 1, 2013, through Cwi wuv'3, 2013.

21

22  SO ORDERED.

23

24

25  DATED:  Ï ₥ €_____, 2013        _____
                                        THE HONORABLE F 0NQY GNN'LGP UGP
26                                      UNITED STATES DISTRICT COURT JUDGE

27

28

STIPULATION TO CONTINUE STATUS HEARING
CR 13-00125'F NL