1  Benjamin W. Williams, Esq. [SBN: 230861]
   LAW OFFICES OF BENJAMIN W. WILLIAMS
2  111 NORTH MARKET ST., SUITE 300
   San Jose, CA 95113
3  (408) 332-5832 - Telephone
   (408) 332-5842 - Facsimile

4  Attorney for Defendant
   SHANNON BREWER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) Case No. CR-13-00125-DLJ |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND []** |
|  | ) **ORDER RESET SENTENCING** |
| SHANNON BREWER, | ) **HEARING FROM NOVEMBER 7, 2013** |
|  | ) **TO JANUARY 30, 2014 AT 10:00 A.M..** |
| Defendant. | ) |

   IT IS HEREBY STIPULATED between the parties, subject to the Court's approval, that the sentencing hearing, currently set for Ms. Brewer on Thursday, November 7th, 2013 at 10:00 A.M. shall be vacated and the new hearing date shall be January 30th, 2014 at 10:00 A.M.

   The parties have stipulated to the continuance based upon the following representations by the counsel for Ms. Brewer:

   1. The Defense wishes to continue discussions with the United States Attorney's Office regarding possible testimony that would be provided by Ms. Brewer in the future.

2. Counsel for Ms. Brewer, Benjamin Williams, was unavailable to attend a presentence probation interview with Ms. Brewer throughout much of October because of a medical issue that arose in September.

3. Because of this delay, Mr. Williams contacted United States Probation Officer Benjamin Flores about moving the interview date. A new date has not been set pending the scheduling of a new sentencing date.

4. Officer Flores has indicated he is available for the sentencing hearing on the requested date.

**IT IS SO STIPULATED.**

Dated: 10/24/13

/s/
Benjamin W. Williams
Attorney for Shannon Brewer

Dated: 10/24/13

/s/
Amber Rosen
Assistant United States

## ORDER

IT IS HEREBY ORDERED that the sentencing hearing, currently scheduled for Thursday, November 7th, 2013 at 10:00 A.M., shall be vacated, and the new hearing date shall be January 30th, 2014 at 10:00 A.M.

Dated: _____

HONORABLE D. LOWELL JENSEN
UNITED STATES DISTRICT JUDGE