Benjamin W. Williams, Esq. [SBN: 230861]
LAW OFFICES OF BENJAMIN W. WILLIAMS
111 NORTH MARKET ST., SUITE 300
San Jose, CA 95113
(408) 332-5832 - Telephone
(408) 332-5842 - Facsimile

Attorney for Defendant
SHANNON BREWER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-13-00125-DLJ |
| Plaintiff, ) | |
| vs. ) | **STIPULATION AND []** |
| ) | **ORDER RESET SENTENCING** |
| SHANNON BREWER, ) | **HEARING FROM FEBRUARY 6th, 2014** |
| ) | **TO APRIL 10th, 2014 AT 10:00 A.M..** |
| Defendant. ) | |

IT IS HEREBY STIPULATED between the parties, subject to the Court's approval, that the sentencing hearing, currently set for Ms. Brewer on Thursday, February 6th, 2014 at 10:00 A.M. shall be vacated and the new hearing date shall be April 10th, 2014 at 10:00 A.M.

The parties have stipulated to the continuance based upon the following representations by the counsel for Ms. Brewer:

1. The Defense wishes to continue discussions with the United States Attorney's Office regarding possible testimony that would be provided by Ms. Brewer in the future.

2. Counsel for Ms. Brewer, Benjamin Williams, was unavailable to attend a presentence probation interview with Ms. Brewer scheduled on December 3rd, 2013 at 10 am because of the start of a multiple defendant jury trial in Santa Clara County Superior Court on December 2nd, 2013.

3. Defense Counsel was in a homicide preliminary examination from October 28th, 2013 to November 8th, 2013.  He was engaged in a felony trial from November 12th, 2013 to November 21st, 2013.  Finally, he began his current felony trial on December 2nd, 2013 and finished the case on Friday, January 17th, 2014.

4. Because of his trial schedule, Mr. Williams contacted United States Probation Officer Benjamin Flores about moving the interview date.  Because of the holiday season and Mr. Williams' trial schedule, the earliest available interview date for Ms. Brewer is January 30th, 2014 at 10 am.  The parties have scheduled the pre-sentence interview for that date.

5. Officer Flores has indicated that the earliest available sentencing date would then be March 27th, 2014.  The parties have requested a date two weeks after this because of the delays that have been experienced to date and Officer Flores schedule.

**IT IS SO STIPULATED.**

Dated: 1/27/14

/s/
Benjamin W. Williams
Attorney for Shannon Brewer

Dated: 1/27/14

/s/
Amber Rosen
Assistant United States

///

///

## ORDER

IT IS HEREBY ORDERED that the sentencing hearing, currently scheduled for Thursday, February 6th, 2014 at 10:00 A.M., shall be vacated, and the new hearing date shall be April 10th, 2014 at 10:00 A.M.

Dated: 2/5/14

HONORABLE D. LOWELL JENSEN
UNITED STATES DISTRICT JUDGE